IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDEAVOR ROBOTICS, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 18-02071-MN ) |
| QINETIQ NORTH AMERICA, INC. and FOSTER-MILLER INC., | ) ) ) ) |
| Defendants. | ) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS: |
| COUNTY OF NEW CASTLE | ) |

Jonathan A. Choa, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before this Court and the Courts of the State of Delaware. I am a partner in the law firm of Potter Anderson & Corroon LLP, counsel for plaintiff herein.

2. On January 3, 2019, Potter Anderson & Corroon LLP caused to be served by Federal Express a copy of the Summons, Complaint, Civil Cover Sheet, Report to the Commissioner of Patents and Trademarks for Patent/Trademark and Notice, Consent and Referral forms regarding U.S. Magistrate Judge jurisdiction on Defendant Foster-Miller Inc., 350 Second Avenue Waltham, MA 02451. A true and correct copy of the Proof-Of-Delivery is attached as Exhibit A.

Jonathan A. Choa (# 5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000

*Attorneys for Plaintiff*

SWORN TO AND SUBSCRIBED before me this 8th day of January 2019.

_____
Notary Public
My Commission Expires: March 31, 2019

6045818

# EXHIBIT A



January 4, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774106416046**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | A.M | **Delivery location:** | WALTHAM, MA |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Jan 4, 2019 10:57 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774106416046 | **Ship date:** | Jan 3, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
WALTHAM, MA US

**Shipper:**
Wilmington, DE US

**Reference**  45698/PAR/CO

Thank you for choosing FedEx.